## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  DeCoris Renita Dennis<br><br>        Debtor | CHAPTER 7 |
| Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-WMC2, Mortgage Pass-Through Certificates, Series 2006-WMC2<br><br>                Movant<br><br>        vs. | NO. 17-10138 REF<br><br>11 U.S.C. Section 362 |
| DeCoris Renita Dennis<br><br>        Debtor | |
| Michael H. Kaliner Esq.<br><br>        Trustee | |

## ORDER

IT IS HEREBY ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 and Section 1301 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362 and 1301, is modified with respect to the subject premises located at 765 Mauch Chunk Street, Easton, PA 18042 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies

**Date: March 21, 2017**

_____
United States Bankruptcy Judge.