*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: DeCoris Renita Dennis
    Debtor(s)

Case No: 17–10138–ref
Chapter: 7

## NOTICE OF SHOW CAUSE HEARING

To the debtor, debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing to show cause why

this case should not be dismissed
for failure to pay Final
Installment Payment of $65.00.

will be held before the Honorable Richard E. Fehling, United States Bankruptcy Court

on: 5/11/17

at: 09:30 AM

in: Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

For The Court

Timothy B. McGrath
Clerk of Court

Dated: April 20, 2017

25
Form 175