United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
DeCoris Renita Dennis  
    Debtor

Case No. 17-10138-ref  
Chapter 7

## CERTIFICATE OF NOTICE

| | | | |
|---|---|---|---|
| District/off: 0313-4 | User: SaraR | Page 1 of 1 | Date Rcvd: Apr 20, 2017 |
| | Form ID: 175 | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 22, 2017.
db    +DeCoris Renita Dennis,   600 Canal St.,   Easton, PA 18042-6435

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 22, 2017    Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 20, 2017 at the address(es) listed below:
      DENISE ELIZABETH CARLON   on behalf of Creditor   Deutsche Bank National Trust Company, As Trustee For et al. bkgroup@kmllawgroup.com
      JOSEPH ANGEO DESSOYE   on behalf of Creditor   Deutsche Bank National Trust Company, As Trustee For et al. paeb@fedphe.com
      MATTEO SAMUEL WEINER   on behalf of Creditor   Specialized Loan Servicing LLC bkgroup@kmllawgroup.com
      MICHAEL H KALINER   mhkaliner@gmail.com, pa35@ecfcbis.com
      MICHAEL H KALINER   on behalf of Trustee MICHAEL H KALINER mhkaliner@gmail.com, pa35@ecfcbis.com
      THOMAS I. PULEO   on behalf of Creditor   Specialized Loan Servicing LLC tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
      United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
                                                                              TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: DeCoris Renita Dennis
    Debtor(s)

Case No: 17–10138–ref
Chapter: 7

## NOTICE OF SHOW CAUSE HEARING

To the debtor, debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing to show cause why

this case should not be dismissed
for failure to pay Final
Installment Payment of $65.00.

will be held before the Honorable Richard E. Fehling ,United States Bankruptcy Court

on: 5/11/17

at: 09:30 AM

in: Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

For The Court

Timothy B. McGrath
Clerk of Court

Dated: April 20, 2017

25
Form 175